FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CODY G., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 4:24-CV-5026-RMP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING IN FORMA PAUPERIS STATUS |

BEFORE THE COURT is Magistrate Judge James A. Goeke's Report and Recommendation, *see* ECF No. 4, to deny Plaintiff's Application to Proceed *In Forma Pauperis*, ECF No. 2. No objections were filed within the time allowed. The Court has reviewed the Report and Recommendation and considered Plaintiff's Application to Proceed *In Forma Pauperis*. Accordingly, **IT IS HEREBY ORDERED**:

1. Magistrate Judge Goeke's Report and Recommendation, **ECF No. 4**, is **ADOPTED**.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING IN FORMA PAUPERIS STATUS ~ 1

2. Plaintiff's Application to Proceed *In Forma Pauperis*, **ECF No. 2**, is **DENIED**. Plaintiff **SHALL PAY** the filing fee of $405.00 **within thirty (30) days** of the date of this Order.

3. Failure to do so will be construed as Plaintiff's consent to dismissal of this action without prejudice for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914, 1915.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and set a case management deadline for thirty days.

**DATED** March 28, 2024.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING IN FORMA PAUPERIS STATUS ~ 2